Veda G. McFADDEN, Appellant, v. RAILWAY MAIL ASSOCIATION et al.

No. 9422.

Circuit Court of Appeals, Eighth Circuit.
Feb. 4, 1932.

H. A. Gardner, of Monett, Mo., for appellant.

A. E. Spencer, of Joplin, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellees; appellant agreeing to dismissal.